UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI JUANITA RAE JOHNSTON, *et al.*, | Case No. 1:24-cv-01190-JLT-CDB |
| Plaintiffs, | ORDER DENYING DEFENDANT WALMART, INC.'S SUBSTITUTION OF ATTORNEY FOR FAILURE TO COMPLY WITH LOCAL RULE 131(e) |
| v. | |
| WALMART, INC., *et al.*, | (Doc. 17) |
| Defendants. | |

The Court has read and considered the appliation of Defendant Walmart, Inc. to substitute James T. Conley as counsel of record in place of Lara C. De Leon and Erik B. Von Zeipel. (Doc. 17).

The filing includes electronic signatures for the proposed former attorneys and new attorney, each bearing an "/s/" followed by the individuals' name. This complies with Local Rule 131(c) for current counsel who is using the filer's individual CM/ECF account. However, as for the new attorney signature, the substitution is without attestation of current counsel acquiring authorization or possessing a signed original copy.

Local Rule 131(e) provides that "[s]ubmitting counsel shall place the other counsel's signature on the electronic filing by using '/s/ counsel's name (as authorized on __[date]__).' Alternatively, one counsel may obtain the original signatures from all counsel who are filing the document, scan the signature page(s) only and file the signature page(s) as an attachment to the

document with an explanatory statement on the signature page of the filed document." L.R. 131(e).

Accordingly, it is HEREBY ORDERED that Defendant Walmart, Inc.'s request to substitute counsel (Doc. 17) is DENIED without prejudice. Defendant Walmart, Inc. may re-file a substitution of attorney form that complies with Local Rule 131(e).

IT IS SO ORDERED.

Dated:   **March 18, 2025**                    _____

UNITED STATES MAGISTRATE JUDGE